AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

RONALD SLUSARSKI
Plaintiff
v.
LIFE INSURANCE COMPANY OF NORTH AMERICA
CIGNA GROUP INSURANCE and ASSA ABLOY, INC.
LONG TERM DISABILITY PLAN
Defendant

Civil Action No. CA 08 292 S

**Summons in a Civil Action**

To: *(Defendant's name and address)* LIFE INSURANCE COMPANY OF NORTH AMERICA
c/o Insurance Commissioner
1511 Pontiac Avenue, Bldg. #68-1
Cranston, RI

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: August 1, 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 8-4-08,
by:

(1) personally delivering a copy of each to the individual at this place, ______; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______
who resides there and is of suitable age and discretion; or

X (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
Insurance Commissioner of RI; or

(4) returning the summons unexecuted to the court clerk on ______; or

(5) other *(specify)* ______.

My fees are $ 45.00 for travel and $ — for services, for a total of $ ~~0.00~~ #45.00.

Date: 8-4-08

John v Esposito
Server's signature

John v Esposito - RI constable
Printed name and title

PO Box 20596 Cranston RI 02920
Server's address

X
Donna Arakian
Administrative Officer