UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD SLUSARSKI, Plaintiff | ) | |
| | ) | C.A. No. 08-292/S |
| v. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA GROUP INSURANCE and ASSA ABLOY, INC., LONG-TERM DISABILITY PLAN, Defendants | ) | |

## STIPULATION

Plaintiff and defendants agree that defendants may have up to and including September 30, 2009 to respond to the complaint.

/s/ J. Scott Kilpatrick
J. Scott Kilpatrick, Esq., #4036
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 [fax]
jskilpatrick@cck-law.com

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [fax]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: August 15, 2008