UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD SLUSARSKI, Plaintiff )
) C.A. No. 08-292/S
v. )

LIFE INSURANCE COMPANY OF NORTH AMERICA, CIGNA GROUP INSURANCE and ASSA ABLOY, INC., LONG-TERM DISABILITY PLAN, Defendants )

ENTRY OF APPEARANCE

Brooks R. Magratten, Esq. of Vetter & White enters his appearance on behalf of the defendants Life Insurance Company of North America, Cigna Group Insurance and ASSA Abloy, Inc., Long-Term Disability Plan.

/s/ Brooks R. Magratten

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorney for Defendants
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com

Dated: August 18, 2008

## CERTIFICATE OF SERVICE

TO:

J. Scott Kilpatrick, Esq.
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place - Suite 1313
Providence, RI 02903

I hereby certify that I electronically filed this Entry of Appearance on August 18, 2008. The Entry of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten